**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEVEN DUNNAM**                                                              **PLAINTIFF**


**v.**                            **No: 4:20-cv-00756-LPR-PSH**


**BILL GILKY**                                                                  **DEFENDANT**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris.  (Doc. 5).  No objections have been filed.  After a careful and *de novo* review of the Proposed Findings and Recommendation as well as the entire record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Dunnam's complaint (Doc. No. 1) is dismissed without prejudice.

Dated this 19th day of April 2021.


LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE