IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN DUNNAM**  PLAINTIFF

v.  No: 4:20-cv-00756-LPR-PSH

**BILL GILKY**  DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Steve Dunnam's Complaint is dismissed without prejudice.

IT IS SO ADJUDGED 19th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE